**Elmer W. KELLEY and General Street Signal Corporation, Plaintiffs-Appellants, v. CITY OF SYRACUSE, Crouse-Hinds Company, and Syracuse Lighting Company, Defendants-Appellees.**

**No. 186.**

Circuit Court of Appeals, Second Circuit.

Jan. 19, 1931.

Harold E. Stonebraker and Sutherland & Dwyer, all of Rochester, N. Y., and Samuel E. Darby, Jr., of New York City, for appellants.

Charles Neave, of New York City, A. H. Cowie, of Syracuse, N. Y., and Henry R. Ashton, of New York City, for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [47 F.(2d) 347] affirmed.